AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Jesse Roberson <br><br> *Plaintiff(s)* <br> v. <br> Stephen Giustino, Shield #29372, P.O "John Doe 1-3" from the 101st Precinct <br><br> *Defendant(s)* | Civil Action No. 1:14-cv-7139 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Stephen Giustino, Shield #29372
Patrol Borough Queens South
71-01 Parsons Blvd
Flushing, NY 11365

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Joseph Indusi, Esq.
London Indusi LLP
186 Joralemon Street, Suite 1202
Brooklyn, NY 11201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*



Date: 12/5/2014

s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*